UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
MDL 875

| | |
|---|---|
| WINTON ALBERT, | ) 4:04-CV-01388-AGF |
| THOMAS JOHN COLLINS, | ) 4:04-CV-01394-CEJ |
| WILLIAM F. FILLA, | ) 4:04-CV-01395-CEJ |
| JOHN W. FORRISTALL, | ) 4:04-CV-01396-CAS |
| THOMAS P. HANLEY, | ) 4:04-CV-01409-CEJ |
| RAYMOND L. HARTRUP, | ) 4:04-CV-01407-HEA |
| CHARLES BELGERI and JUDITH M. BELGERI, | ) 4:04-CV-01389-AGF |
| JOHN C. BESS and LOIS B. BESS, | ) 4:04-CV-01403-AGF |
| JOHN BOCKSKOPF and SHIRLEY BOCKSKOPF, | ) 4:04-CV-01390 |
| EDWARD BORGMANN and ENOLA E. BORGMANN, | ) 4:04-CV-01391-HEA |
| JAMES BRITTON and RUBY BRITTON, | ) 4:04-CV-01392-HEA |
| GARY L. BURLE and JANET BURLE, | ) 4:04-CV-01410-HEA |
| RICHARD W. KLEIN, JR. and MARGIE KLEIN, | ) 4:04-CV-01408-ERW |
| MARVIN KNUCKLES and DORIS KNUCKLES, | ) 4:04-CV-01397-ERW |
| JOHN MARTIN and JANET E. MARTIN, | ) 4:04-CV-01398-ERW |
| JOSEPH NEEDHAM and LUCILLE NEEDHAM, | ) 4:04-CV-01399-AGF |
| ROBERT PHILLIPS and MARY ANN PHILLIPS, | ) 4:04-CV-01411-ERW |
| JOSEPH RYAN and ELIZABETH RYAN, | ) 4:04-CV-01400-AGF |
| PAUL R. SEABAUGH and ROXIE SEABAUGH, | ) 4:04-CV-01401-AGF |
| EDMOND D. SHAY and MARYANN SHAY, | ) 4:04-CV-01406-CEJ |
| JOHNNY W. VAVAK and ROSLYN J. VAVAK, | ) 4:04-CV-01412-AGF |
| ARTHUR R. WATERMAN and SHIRLY J. WATERMAN, | ) 4:04-CV-01405-CEJ |
| JAMES R. WELCH and SHARON K. WELCH, | ) 4:04-CV-01402-ERW |
| WILLIAM YORK and EDITH L. YORK, | ) 4:04-CV-01404-HEA |
| LAWRENCE CHRISTOPHER and ETHEL CHRISTOPHER, | ) 4:04-CV-01393-CEJ |
| RUBY LEE SMITH; CAROLYN S. ROBERTS; and | ) |
| DAVID L. SMITH, In Re: Charles J. Smith, Deceased, | ) 4:04-CV-01558-HEA |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| HOBART BROTHERS COMPANY, and | ) |
| THE BOC GROUP f/k/a AIRCO, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court hereby grants Defendants HOBART BROTHERS COMPANY and THE BOC

GROUP f/k/a AIRCO, INC.'s Motion for Leave to File Short Form Answer Out of Time.

SO ORDERED:

_____ J.
JUDGE
James T. Giles

DATE: 4/5/2006

BURROUGHS, HEPLER, BROOM,
MacDONALD, HEBRANK & TRUE, LLP

By:_____/s/_____
SEAN P. SHEEHAN        # 103929
sps@ilmolaw.com
Attorney for Defendant
103 W. Vandalia Street, Suite 300
Edwardsville, IL 62025
Phone: 618-656-0184
Fax: 618-656-1364

## CERTIFICATE OF SERVICE

I hereby certify that on this $2\frac{7th}{}$ day of _Morch_____, 2006, the foregoing was filed

electronically with the Clerk of Court to be served by operation of the Court's electronic filing

system upon the following:

- Motley Rice LLC, 28 Bridgeside Blvd., P.O. Box 1792, Mt. Pleasant, SC 29465 and by
first class mail upon the following:

- Michael J. Beck, Clerk of the Panel, Judicial Panel on Multidistrict Litigation,
Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G-
255, North Lobby, Washington, DC 20002

_____/s/_____